# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Cornelius Franklin Rogers,              ) | |
|          Plaintiff,              ) | Civil Action No. 4:19-2737-RMG |
| vs.                                          ) | |
| Andrew Saul, Commissioner ) | |
| of Social Security,                     ) | **ORDER** |
|          Defendant.              ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income ("SSI") and Disability Insurance Benefits ("DIB"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on December 15, 2020, recommending that the decision of the Commissioner be reversed and remanded to the agency because the Administrative Law Judge failed to consider, address and weigh the full opinion of a treating physician, Dr. Pyram-Bernard, particularly regarding the projected periodic flare ups of Plaintiff's chronic sickle cell disease. (Dkt. No. 20 at 17-19). The Commissioner has advised the Court that he does not intend to file objections to the R & R. (Dkt. No. __).

      The Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this

order.

      **AND IT IS SO ORDERED**.

                                                      <u>S/ Richard Mark Gergel</u>
                                                      Richard Mark Gergel
                                                      United States District Judge

Charleston, South Carolina
December 20, 2020